

**Dated: August 17, 2005**
**The following is ORDERED:**

_____

**Jennie D. Latta**
**UNITED STATES BANKRUPTCY JUDGE**

_____

```
                                                                   IT503
                     UNITED STATES BANKRUPTCY COURT
                      WESTERN DISTRICT OF TENNESSEE

In re:                                                    Chapter 13
NATHANIEL HALL
Debtor(s)                                         Case No. 05-27184-L
SSN(1) XXX-XX-1316
_____

                  ORDER DISMISSING CASE WITH PREJUDICE
_____


     This  matter  came  on  to  be  heard  before  this  honarable  Court  upon  the
statements  of  the  Chapter  13  Trustee  and  the  entire  record  herein  and  it  appears  to
the  Court  that  there  has  been  a  willfull  failure  of  the  debtor  to  abide  by  orders
of  the  Court,  or  to  appear  before  the  Court  in  proper  prosecution  of  the  case
pursuant to 11 U.S.C. Section 109(g) (1);

     IT IS THEREFORE ORDERED that:

     1. The case be dismissed with prejudice.

     2. The  debtor  shall  not  file  any  bankruptcy  case  for  a  period  of  180  days
from the date of the entry of this order.

     3. Should  the  debtor  file  any  bankruptcy  case  within  the  prohibited  period,
sanctions may issue.

     4. The  debtor's  employer  is  hereby  ordered  to  cease  payroll  deductions
immediately.

                                        /S/ George W. Stevenson
                                        Chapter 13 Trustee

CC:   George W. Stevenson

      NATHANIEL HALL
      1475 SIDNEY
      MEMPHIS, TN  38108
```

TED I. JONES, ATTORNEY
All Creditors