UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TENNESSEE

In Re:                                              Chapter 13

NATHANIEL HALL                                      Case No.: 05-27184-L
1475 SIDNEY
MEMPHIS, TN  38108

---

### TRUSTEE'S FINAL ACCOUNTING AND REPORT & MOTION TO CLOSE CASE

---

The above case having been DISMISSED WITH PREJUDICE - UNCONFIRMED CASE on August 17, 2005, your Trustee makes his final accounting as follows:

| | | |
|---|---|---|
| Total | | $0.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 0.00 |

Administrative Fees:

| | | |
|---|---|---|
| Filing Fee | 0.00 | |
| Notice Fees | 0.00 | |
| Attorney Fees | 0.00 | |
| Trustee Fees | 0.00 | |
| Court Ordered Automobile Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 0.00 |

WHEREFORE, your Trustee shows this Court that the estate has been properly and fully administered in accordance with  the requirements of the Bankruptcy Code and Rules, and the estate is ready for closing, and prays that a Final Decree be entered discharging the Trustee and closing the estate, and granting such other and further relief as the Court may

| | TOTAL CLAIMS: | |
|---|---|---|
| /s/ George W. Stevenson | PRIORITY | 0.00 |
| Date: August 30, 2005 | SECURED | 10,227.58 |
| TED I. JONES, ATTORNEY | UNSECURED | 6,272.23 |